# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.*, FOSTER-BLAYDES CONSTRUCTION, FOSTER-BLAYDES CONSTRUCTION, LLC, <br><br> Plaintiffs, <br> v. <br><br> WALBRIDGE ALDINGER COMPANY, TRAVELERS CASUALTY and SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, <br><br> Defendants. | Case No. CV411-080 |

## ORDER

The Court having reviewed and considered the petition of Eric Lewis Nelson of the law firm of Smith, Currie, and Hancock, LLP, 245 Peachtree Center Avenue, N.E., Atlanta, Georgia 30303, for permission to appear pro hac vice on behalf of defendants Walbridge Aldinger Company, Travelers Casualty and Surety Company of America, and Federal Insurance Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Eric Lewis Nelson as counsel of record for defendants Walbridge Aldinger Company, Travelers Casualty and Surety Company of America, and Federal Insurance Company, in this case.

**SO ORDERED** this  12th  day of May, 2011.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA